# United States District Court
## EASTERN DISTRICT OF WISCONSIN

H-D MICHIGAN, INC.,
HARLEY-DAVIDSON MOTOR
COMPANY GROUP, INC,
d/b/a Harley-Davidson Motor Company,

        Plaintiffs,

v.                                                         Case No. 04-C-1128

RIDLEY MOTORCYCLE COMPANY,

        Defendant.

## COURT MINUTES
## HONORABLE CHARLES N. CLEVERT, JR., PRESIDING

| | |
|---|---|
| Date: | July 13, 2007 |
| Proceeding: | Telephonic Final Pretrial Conference |
| FTR Start Time: | 7:35:45 a.m.       FTR End Time: 8:26:45 a.m. |
| Deputy Clerk: | Kris Wilson       Court Reporter: None |
| Appearances: | Plaintiffs: Attorneys Amy Vandamme, David Kelly, and Doug Rettew<br>Defendant: Attorney Robert D. Tomlinson |
| Disposition: | Trial to the court will commence on August 13, 2007, at 8:30 a.m.<br><br>Plaintiffs' motion in *limine* to preclude defendant from offering argument, testimony, or evidence that plaintiffs allegedly engaged in unfair trade practices, unfair competition, or anticompetitive activities, is denied as moot. [64]<br><br>Ridley's motion in *limine* as to documents H-D 3889 to 5690 is granted. [62-1]<br><br>Ridley's motion in *limine* as to Paragraphs 24, 25, 30 and 33 to 37 of |

Gary D. Krugman's expert witness report is denied without prejudice. [62-2]

Ridley's motion in *limine* to preclude the supplemental expert witness report of Gary D. Krugman is granted. [62-3]

Notes: Court takes plaintiffs' motions to seal [67 and 69] under advisement.